IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS MEDINA ALVARADO,

    Petitioner,           No. 2:12-cv-1344 GEB AC P

    vs.

MICHAEL BABCOCK,

    Respondent.      ORDER

_____/

        On March 6, 2013, this court dismissed petitioner's petition for writ of habeas corpus, ostensibly filed pursuant to 28 U.S.C. § 2241, and entered judgment. ECF Nos. 20, 21. On March 15, 2013, petitioner filed a notice of appeal (ECF No. 22), and the Court of Appeals has now remanded the case to this court for the limited purpose of granting or denying a certificate of appealability. ECF No. 26.

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

1

1    For the reasons set forth in the magistrate judge's January 17, 2013 findings and
2 recommendations, movant has not made a substantial showing of the denial of a constitutional
3 right.  Accordingly, a certificate of appealability should not issue in this action.
4    IT IS SO ORDERED.

Dated: May 1, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge